Honorable Robert B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| THE WATTLES COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VERLAN FIRE INSURANCE COMPANY, a New Hampshire corporation, et al.,<br><br>Defendants. | No. 3:14-cv-05097-RBL<br><br>VERLAN FIRE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT AND CROSS-CLAIMS |

Defendant Verlan Fire Insurance Company ["Verlan"] submits the following answer and affirmative defenses to Plaintiff The Wattles Company's ["Plaintiff"] Complaint.

**I.  INTRODUCTION**

1. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraph 1 and therefore denies the same.

2. To the extent paragraph 2 states conclusions of law rather than factual allegations, no responsive pleading is required. To the extent a response is required, denied as to Verlan.

VERLAN FIRE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S
COMPLAINT AND CROSS-CLAIMS – PAGE 1
CAUSE NO.

1049756 / 520.0005

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

3. To the extent paragraph 3 states conclusions of law rather than factual allegations, no responsive pleading is required. To the extent a response is required, denied as to Verlan.

## II. THE PARTIES

4. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraph 4 and therefore denies the same.

5. In answer to paragraph 5, Verlan admits that it is an insurance company and that Verlan issued an insurance policy to The Wattles Company. Verlan lacks sufficient information or knowledge to admit or deny the remaining allegations in paragraph 5 and therefore denies the same.

6. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraphs 6, including sub-paragraphs 6.1 -6.4, and therefore denies the same.

7. In answer to paragraph 7, Verlan admits that it is a corporation incorporated in New Hampshire. Verlan admits that it was an authorized insurer in the State of Washington during all relevant times. Verlan admits that it issued the policies identified in sub-paragraphs 7.1 and 7.2 to the Wattles Company. Verlan lacks sufficient information or knowledge to admit or deny the remaining allegations in paragraph 7 and therefore denies the same.

8. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraphs 8, including sub-paragraphs 8.1 -8.4, and therefore denies the same.

9. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraphs 9 and therefore denies the same.

VERLAN FIRE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S
COMPLAINT AND CROSS-CLAIMS – PAGE 2
CAUSE NO.

1049756 / 520.0005

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

10. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraphs 10, including sub-paragraphs 10.1 - 10.3, and therefore denies the same.

11. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraphs 11, including sub-paragraphs 11.1 - 11.2, and therefore denies the same.

12. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraphs 12, including sub-paragraphs 12.1 - 12.2, and therefore denies the same.

13. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraphs 13 and therefore denies the same.

14. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraphs 14, including sub-paragraphs 14.1 - 14.5, and therefore denies the same.

15. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraphs 15, including sub-paragraphs 15.1 - 15.2, and therefore denies the same.

16. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraphs 16 and therefore denies the same.

17. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraphs 17 and therefore denies the same.

VERLAN FIRE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S
COMPLAINT AND CROSS-CLAIMS – PAGE 3
CAUSE NO.

1049756 / 520.0005

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

18. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraphs 18 and therefore denies the same.

19. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraphs 19 and therefore denies the same.

### III. JURISDICTION AND VENUE

20. Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraphs 20 and therefore denies the same.

### IV. COVERED LOSSES AND DAMAGES

21. To the extent paragraph 21 states conclusions of law rather than factual allegations, no responsive pleading is required. To the extent a response is required, Verlan lacks sufficient information or knowledge to admit or deny the allegations in paragraphs 21 and therefore denies the same.

22. To the extent paragraphs 22 and 22.1 - 22.2 state conclusions of law rather than factual allegations, no responsive pleading is required. To the extent a response is required, denied as to Verlan.

23. To the extent paragraphs 23 and 23.1- 23.5 state conclusions of law rather than factual allegations, no responsive pleading is required. To the extent a response is required, denied as to Verlan.

24. To the extent paragraph 24 states conclusions of law rather than factual allegations, no responsive pleading is required. To the extent a response is required, denied as to Verlan.

VERLAN FIRE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT AND CROSS-CLAIMS – PAGE 4
CAUSE NO.

1049756 / 520.0005

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

## V. BREACH OF CONTRACT, CPA VIOLATIONS, AND BAD FAITH

25. Verlan incorporates its responses to the allegations in paragraphs 1-24 as though fully incorporated herein.

26. To the extent paragraph 26 states conclusions of law rather than factual allegations, no responsive pleading is required. To the extent a response is required, denied as to Verlan.

27. To the extent paragraph 27 states conclusions of law rather than factual allegations, no responsive pleading is required. To the extent a response is required, denied as to Verlan.

28. To the extent paragraph 28 states conclusions of law rather than factual allegations, no responsive pleading is required. To the extent a response is required, denied as to Verlan.

## VI. DECLARATORY RELIEF

29. Verlan incorporates its responses to the allegations in paragraphs 1-28 as though fully incorporated herein.

30. To the extent paragraph 30 states conclusions of law rather than factual allegations, no responsive pleading is required. To the extent a response is required, denied as to Verlan.

31. To the extent paragraph 31 states conclusions of law rather than factual allegations, no responsive pleading is required. To the extent a response is required, denied as to Verlan.

VERLAN FIRE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S
COMPLAINT AND CROSS-CLAIMS – PAGE 5
CAUSE NO.

1049756 / 520.0005

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

## VII. PRAYER FOR RELIEF

Verlan denies each and every allegation in Plaintiff's Prayer for Relief, including sub-parts 1-5.

## **AFFIRMATIVE DEFENSES**

By way of further answer and affirmative defense, Verlan alleges as follows:

1. Plaintiff's complaint fails to state a claim upon which relief can be granted against Verlan.

2. Plaintiff has failed to mitigate its damages.

3. Plaintiff's claims are barred by the equitable defense of unclean hands.

4. Misrepresentation, concealment, and/or failure to disclose.

5. Plaintiff may have failed to comply with all policy terms and conditions set forth in the policy.

6. Plaintiff's alleged damages are subject to its own comparative fault.

7. Plaintiff's claims are barred by various policy terms, conditions and exclusions in the insurance policy(ies) issued to Plaintiff by Verlan.

8. Plaintiff's claims are barred in whole or part to the extent such claims do not arise from recoverable damages under Verlan's policy(ies).

9. Late notice.

10. Statute of limitations.

11. Plaintiff's claims may be barred by the contractual time to sue limitations provision in Verlan's policy.

12. Verlan is entitled to an offset and/or setoff for amounts received by Plaintiff.

VERLAN FIRE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S
COMPLAINT AND CROSS-CLAIMS – PAGE 6
CAUSE NO.

1049756 / 520.0005

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

13. Pending discovery, Plaintiff's claims may be barred by the doctrines of waiver, estoppel and laches.

14. Plaintiff's alleged loss not a fortuitous event, constituted a known loss.

15. Verlan acted at all times in a reasonable and good faith manner.

16. Verlan reserves the right to amend its Affirmative Defenses as necessary pending further discovery.

## CROSS-CLAIMS

1. Verlan incorporates by reference its answers and affirmative defenses set forth above.

2. To the extent Verlan is found to have a coverage obligation to Plaintiff, Verlan asserts a Cross Claim in Contribution and Subrogation against co-defendant insurance carriers for recovery of defense and indemnity obligations consistent with policy terms and conditions and the applicable law.

## PRAYER FOR RELIEF

Wherefore, having fully answered The Wattles Company's Complaint, and having asserted its affirmative defenses and cross-claim, Verlan prays for relief as follows:

1. Judgment for Verlan that it has no coverage or indemnity obligations to Plaintiff;

2. That Plaintiff's claims be dismissed with prejudice;

3. For Verlan's costs and fees as allowed by statute and/or law;

4. The jury be permitted to allocate fault and/or contribution to Plaintiff and/or non-parties at fault for injuries and damages, if any, under RCW 4.22.070;

VERLAN FIRE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT AND CROSS-CLAIMS – PAGE 7
CAUSE NO.

1049756 / 520.0005

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

5. To the extent that Verlan is adjudged liable to Plaintiff, Verlan prays for a judgment in contribution and subrogation from co-defendant insurers;

6. For Leave to Amend this Answer and Affirmative Defenses as allowed by Law; and

7. For all other such relief as the Court may deem just and proper.

DATED this __13__ day of March, 2014.

FORSBERG & UMLAUF, P.S.

By: _____
Martin J. Pujolar, WSBA #36049
Carl E. Forsberg, WSBA #17025
Attorneys for Verlan Fire Insurance Company
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164
Phone: 206-689-8500
Facsimile: 206-689-8501
E-mail: cforsberg@forsberg-umlauf.com
E-mail: mpujolar@forsberg-umlauf.com

VERLAN FIRE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT AND CROSS-CLAIMS – PAGE 8
CAUSE NO.
1049756 / 520.0005

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing VERLAN FIRE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT AND CROSS-CLAIMS on the following individuals in the manner indicated:

Ms. Devon M. Thurtle Anderson
Mr. Brent Hardy
Heffernan Law Firm, PLLC
1201 Market Street
Kirkland, WA 98033

(X) Via ECF

Mr. Geoffrey J.M. Bridgman
Tracy N. Grant
Odgen Murphy Wallace, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, WA 98164

(X) Via ECF

James Thomas Derrig
James T. Derrig Attorney at Law, PLLC
14419 Greenwood Avenue N. Suite A-372
Seattle, WA 98133

(X) Via ECF

Mr. Curt H. Feig
Thomas J. Braun
Nicoll Black & Feig, PLLC
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101

(X) Via ECF

Ms. Stephania Denton
Mr. David M. Schoeggl
Mills Meyers Swartling
1000 Second Avenue, 30th Floor
Seattle, WA 98104-1064

(X) Via ECF

Mr. Alfred E. Donohue
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164

(X) Via ECF

VERLAN FIRE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S
COMPLAINT AND CROSS-CLAIMS – PAGE 9
CAUSE NO.

1049756 / 520.0005

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

| | |
|---|---|
| Mr. Joseph D. Hampton<br>Mr. Daniel L. Syhre<br>Betts Patterson Mines<br>701 Pike Street, Suite 1400<br>Seattle, WA 98101<br><br>(X) Via ECF | Mr. Eliot M. Harris<br>Mr. Robert A. Meyers<br>Sedgwick LLP<br>520 Pike Tower<br>520 Pike Street, Suite 2200<br>Seattle, WA 98101<br><br>(X) Via ECF |
| Russell C. Love<br>Thorsrud Cane & Paulich<br>1325 Fourth Avenue, Suite 1300<br>Seattle, WA 98101-2509<br><br>(X) Via ECF | Ms. Maria E. Sotirhos<br>Mr. Scott M. Stickney<br>Wilson Smith Cochran Dickerson<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164<br><br>(X) Via ECF |

SIGNED this 14th day of March, 2014, at Seattle, Washington.

_____
Veronica M. Waters

VERLAN FIRE INSURANCE COMPANY'S ANSWER TO PLAINTIFF'S
COMPLAINT AND CROSS-CLAIMS – PAGE 10
CAUSE NO.

1049756 / 520.0005

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX