THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| THE WATTLES COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, an Arizona corporation; VERLAN FIRE INSURANCE COMPANY, a New Hampshire corporation; CRUM & FORSTER SPECIALTY INSURANCE COMPANY, a New Jersey corporation; AGCS MARINE INSURANCE COMPANY, an Illinois corporation; FIREMAN'S FUND INSURANCE COMPANY, a California corporation; LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma corporation; ADMIRAL INSURANCE COMPANY, a Delaware corporation; ARROWOOD SURPLUS LINES INSURANCE COMPANY f/k/a ROYAL SURPLUS LINES INSURANCE COMPANY, a Delaware corporation; TRANSAMERICA INSURANCE COMPANY n/k/a TIG INSURANCE COMPANY, a California | No. 3:14-cv-05097-RBL<br><br>STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF THE WATTLES COMPANY'S CLAIMS AGAINST CRUM & FORSTER SPECIALTY INSURANCE COMPANY WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR: 08/25/2014 |

STIPULATION AND ORDER OF DISMISSAL
OF CRUM & FORSTER (Cause No. 3:14-cv-05097-RBL) – 1
ys/AED1567.016/1609858x

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

| | |
|---|---|
| 1 corporation; WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania 2 corporation; WESTCHESTER SURPLUS LINES INSURANCE COMPANY f/k/a 3 INDUSTRIAL INSURANCE COMPANY OF HAWAII, LTD., a Pennsylvania corporation; 4 NORTHFIELD INSURANCE COMPANY, an Iowa corporation; AMERICAN STATES 5 INSURANCE COMPANY, an Indiana corporation; and DOES 1-5, 6 <br>7                    Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action by plaintiff The Wattles Company against Crum & Forster Specialty Insurance Company shall be dismissed with prejudice and without costs.

DATED this 25th day of August, 2014.

                                              WILSON SMITH COCHRAN DICKERSON

                                              By *s/Alfred E. Donohue*
                                                  Alfred E. Donohue, WSBA #32774
                                                  Attorney for Defendant Crum & Forster
                                                  Wilson Smith Cochran Dickerson
                                                  901 Fifth Avenue, Suite 1700
                                                  Seattle, WA 98164-2050
                                                  Telephone: 206-623-4100 / Fax: 206-623-9273
                                                  E-mail: donohue@wscd.com

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL OF CRUM & FORSTER (Cause No. 3:14-cv-05097-RBL) – 2
ys/AED1567.016/1609858x

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

DATED this 25th day of August, 2014.

                          HEFFERNAN LAW GROUP PLLC

                          By _/s/ Brent J. Hardy_____
                            Brent J. Hardy, WSBA #45405
                            Devon M. Thurtle Anderson, WSBA # 36795
                            Attorneys for Plaintiff The Wattles Company
                            Heffernan Law Group PLLC
                            1201 Market Street
                            Kirkland, WA 98033
                            Telephone: 425-284-1150 / Fax: 425-284-1147
                            Email: brent@heffernanlawgroup.com
                            Email: devon@heffernanlawgroup.com

## **ORDER OF DISMISSAL**

Based on the above stipulation, IT IS HEREBY ORDERED that this action by plaintiff The Wattles Company as against Crum & Forster Specialty Insurance Company is dismissed with prejudice and without costs.

DATED this ___ day of _____, 2014.

                            _____
                            THE HONORABLE RONALD B. LEIGHTON

Presented by:

WILSON SMITH COCHRAN DICKERSON

By _s/Alfred E. Donohue_____
    Alfred E. Donohue, WSBA #32774
    Attorney for Defendant Crum & Forster
    Wilson Smith Cochran Dickerson
    901 Fifth Avenue, Suite 1700
    Seattle, WA 98164-2050
    Telephone: 206-623-4100 / Fax: 206-623-9273
    E-mail: donohue@wscd.com

STIPULATION AND ORDER OF DISMISSAL
OF CRUM & FORSTER (Cause No. 3:14-cv-
05097-RBL) – 3
ys/AED1567.016/1609858x

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

Approved as to form; notice of presentation waived:

HEFFERNAN LAW GROUP PLLC

By *(signature)*
     Brent J. Hardy, WSBA #45405
     Devon M. Thurtle Anderson, WSBA # 36795
     Attorneys for Plaintiff The Wattles Company
     Heffernan Law Group PLLC
1201 Market Street
Kirkland, WA 98033
Telephone: 425-284-1150 / Fax: 425-284-1147
Email: brent@heffernanlawgroup.com
Email: devon@heffernanlawgroup.com

STIPULATION AND ORDER OF DISMISSAL OF CRUM & FORSTER (Cause No. 3:14-cv-05097-RBL) – 4
ys/AED1567.016/1609858x

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273