THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE WATTLES COMPANY, a Washington corporation,<br><br>                 Plaintiff,<br><br>  v.<br><br>SCOTTSDALE INSURANCE COMPANY; et al.,<br><br>                 Defendants. | Case No. 3:14-CV-05097-RBL<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF THE WATTLES COMPANY'S CLAIMS AGAINST TIG INSURANCE COMPANY RE: POLICY NO. T731343096** |

## I. STIPULATION

Plaintiff The Wattles Company and Defendant TIG Insurance Company, by and through their undersigned attorneys of record, hereby stipulate that any and all claims by Plaintiff The Wattles Company against Defendant TIG Insurance Company under or related to Policy no. T731343096 in the above-captioned matter, shall be dismissed with prejudice, with the parties to bear their own attorney fees and costs. This Stipulation and Order does not impact claims The Wattles Company asserts against TIG Insurance Company in the above-captioned matter

///

///

///

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S
CLAIMS AGAINST TIG INSURANCE COMPANY RE: POLICY
T731343096 - 1        CASE NO. 3:14-CV-05097-RBL

121711.0002/6065335.2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

under or related to policies other than Policy no. T731343096.

DATED this 11th day of September, 2014.

LANE POWELL PC


By: /s/ Stephania C. Denton
 David M. Schoeggl, WSBA No. 13638
 Stephania C. Denton, WSBA No. 21920
 Jennifer K. Sheffield, WSBA No. 41929
 Attorneys for Defendant TIG Insurance Company
 Lane Powell PC
 1420 Fifth Ave., Suite 4200
 Seattle, WA 98111
 Telephone: (206) 223-7000
 Facsimile: (206) 223-7107
 Email: schoeggld@lanepowell.com
 Email: dentons@lanepowell.com
 Email: sheffieldj@lanepowell.com


HEFFERNAN LAW GROUP PLLC


By: /s/ Brent J. Hardy (per email authority)
 Brent J. Hardy, WSBA No. 45405
 Attorney for Plaintiff The Wattles Company
 Heffernan Law Group PLLC
 1201 Market Street
 Kirkland, WA 98033
 Telephone: (425) 284-1150
 Facsimile: (425) 284-1147
 Email: brent@heffernanlawgroup.com

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S
CLAIMS AGAINST TIG INSURANCE COMPANY RE: POLICY
T731343096 - 2         CASE NO. 3:14-CV-05097-RBL
121711.0002/6065335.2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

## II. ORDER

THIS MATTER having come on before the above-entitled Court on the Stipulation of the undersigned parties, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims by Plaintiff The Wattles Company against Defendant TIG Insurance Company under or related to Policy no. T731343096 asserted in the above-captioned matter, are hereby dismissed with prejudice, with the parties to bear their own attorney fees and costs. This Stipulation and Order does not impact claims The Wattles Company asserts against TIG Insurance Company in the above-captioned matter under or related to policies other than Policy no. T731343096.

DATED this 16th day of September, 2014

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE
(electronically signed as authorized JAB_

Submitted by:

LANE POWELL PC

By: /s/ Stephania C. Denton
David M. Schoeggl, WSBA No. 13638
Stephania C. Denton, WSBA No. 21920
Jennifer K. Sheffield, WSBA No. 41929
Attorneys for Defendant TIG Insurance Company
Lane Powell PC
1420 Fifth Ave., Suite 4200
Seattle, WA 98111
Telephone: (206) 223-7000
Facsimile: (206) 223-7107
Email: schoeggld@lanepowell.com
Email: dentons@lanepowell.com
Email: sheffieldj@lanepowell.com

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST TIG INSURANCE COMPANY RE: POLICY T731343096 - 3        CASE NO. 3:14-CV-05097-RBL
121711.0002/6065335.2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

HEFFERNAN LAW GROUP PLLC


By: /s/ Brent J. Hardy (per email authority)
    Brent J. Hardy, WSBA No. 45405
    Attorney for Plaintiff The Wattles Company
    Heffernan Law Group PLLC
    1201 Market Street
    Kirkland, WA 98033
    Telephone: (425) 284-1150
    Facsimile: (425) 284-1147
    Email: brent@heffernanlawgroup.com

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S
CLAIMS AGAINST TIG INSURANCE COMPANY RE: POLICY
T731343096 - 4             CASE NO. 3:14-CV-05097-RBL
121711.0002/6065335.2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107