THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE WATTLES COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, an Arizona corporation; *et al.*,<br><br>Defendants. | USDC CASE NO. 3:14-cv-05097-RBL<br><br>STIPULATION FOR AND ORDER OF DISMISSAL OF CLAIMS AS BETWEEN PLAINTIFF THE WATTLES COMPANY AND ARROWOOD SURPLUS LINES INSURANCE COMPANY<br><br>*This Stipulation for and Order of Dismissal does not affect Plaintiff The Wattles Company's claims against any defendant other than Defendant Arrowood Surplus Lines Insurance Company.* |

## I.  STIPULATION

COME NOW plaintiff The Wattles Company and defendant Arrowood Surplus Lines Insurance Company, by and through their undersigned attorneys of record, and hereby stipulate that all claims by and between them as asserted herein shall be dismissed with prejudice and without admission of liability, all parties to bear their own costs, including attorney fees.

This Stipulation for and Order of Dismissal is only effective as between plaintiff THE WATTLES COMPANY and defendant ARROWOOD SURPLUS LINES INSURANCE COMPANY.

//

STIPULATION FOR AND ORDER OF
DISMISSAL: ARROWOOD SURPLUS LINES
INSURANCE COMPANY – Page 1 of 4

USDC CASE NO. 3:14-CV-05097-RBL



1201 Market Street
Kirkland, Washington 98033-5440
Phone: 425.284.1150 • Fax: 425.284.1147

1     DATED this 15th day of October, 2014.

2 By: s/Devon M. Thurtle Anderson
    Devon M. Thurtle Anderson    WSBA #36795
3     Heffernan Law Group PLLC
    1201 Market Street
4     Kirkland, WA 98033
    Telephone: 425.284.1150
5     Fax: 425.284.1147
    Email: devon@heffernanlawgroup.com
6 Attorneys for Plaintiff The Wattles Company

7 By: s/Russell C. Love
    Russell C. Love            WSBA #8941
8     Thorsrud Cane & Paulich
    1300 Puget Sound Plaza
9     1325 Fourth Avenue
    Seattle WA 98101
10     Telephone: 206.386.7755
    Fax: 206.386.7795
11     Email: rlove@tcplaw.com
12 Attorneys for Defendant Arrowood Surplus Lines Insurance Company

STIPULATION FOR AND ORDER OF
DISMISSAL: ARROWOOD SURPLUS LINES
INSURANCE COMPANY – Page 2 of 4

*USDC CASE NO. 3:14-CV-05097-RBL*



1201 Market Street
Kirkland, Washington 98033-5440
Phone: 425.284.1150 • Fax: 425.284.1147

## II. ORDER

THIS MATTER, having come before the Court on the above Stipulation for and Order of Dismissal of Claims as Between Plaintiff The Wattles Company and Defendant Arrowood Surplus Lines Insurance Company, and the Court being otherwise fully advised in the premises, it is hereby ORDERED, ADJUDGED, and DECREED that all claims asserted herein by and between plaintiff The Wattles Company and defendant Arrowood Surplus Lines Insurance Company are hereby DISMISSED with prejudice and without admission of liability, each party to bear its own costs, including attorney fees.

This Order of Dismissal is effective **only** with respect to claims by and between plaintiff The Wattles Company and defendant Arrowood Surplus Lines Insurance Company, and all other claims asserted by The Wattles Company against any other defendant herein are in no way affected or compromised by this Order.

DATED this 16th day of October, 2014.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION FOR AND ORDER OF
DISMISSAL: ARROWOOD SURPLUS LINES
INSURANCE COMPANY – Page 3 of 4

*USDC CASE NO. 3:14-CV-05097-RBL*



1201 Market Street
Kirkland, Washington 98033-5440
Phone: 425.284.1150 • Fax: 425.284.1147

Presented by:

By: s/Devon M. Thurtle Anderson
    Devon M. Thurtle Anderson    WSBA #36795
    Heffernan Law Group PLLC
    1201 Market Street
    Kirkland, WA 98033
    Telephone: 425.284.1150
    Fax: 425.284.1147
    Email: devon@heffernanlawgroup.com
Attorneys for Plaintiff The Wattles Company


By: Russell C. Love
    Russell C. Love    WSBA #8941
    Thorsrud Cane & Paulich
    1300 Puget Sound Plaza
    1325 Fourth Avenue
    Seattle WA 98101
    Telephone:  206.386.7755
    Fax:        206.386.7795
    Email:  rlove@tcplaw.com
Attorneys for Defendant Arrowood Surplus Lines Insurance Company

