UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE WATTLES COMPANY, a Washington corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>SCOTTSDALE INSURANCE COMPANY, an Arizona corporation; *et al.*,<br><br>     Defendants. | USDC CASE NO. 3:14-cv-05097-RBL<br><br>STIPULATION FOR AND ORDER OF DISMISSAL OF CLAIMS AS BETWEEN PLAINTIFF THE WATTLES COMPANY AND DEFENDANT LANDMARK AMERICAN INSURANCE COMPANY<br><br>*This Stipulation for and Order of Dismissal does not affect Plaintiff The Wattles Company's claims against any defendant other than Defendant Landmark American Insurance Company.* |

## I. STIPULATION

COME NOW plaintiff The Wattles Company and defendant Landmark American Insurance Company, by and through their undersigned attorneys of record, and hereby stipulate that all claims by and between them as asserted herein shall be dismissed with prejudice and without admission of liability, all parties to bear their own costs, including attorney fees.

This Stipulation for and Order of Dismissal is only effective as between plaintiff THE WATTLES COMPANY and defendant LANDMARK AMERICAN INSURANCE COMPANY.

*//*



DATED this 12th day of November, 2014.

By: _s/Devon M. Thurtle Anderson_
    Devon M. Thurtle Anderson    WSBA #36795
    Heffernan Law Group PLLC
    1201 Market Street
    Kirkland, WA 98033
    Telephone: 425.284.1150
    Fax: 425.284.1147
    Email: devon@heffernanlawgroup.com
Attorneys for Plaintiff The Wattles Company


By: s/Curt H. Feig
By: s/Thomas J. Braun
    Curt H. Feig        WSBA #19890
    Thomas J. Braun    WSBA #34209
    ***Nicoll Black & Feig PLLC***
    1325 Fourth Avenue, Suite 1650
    Seattle WA 98101
    Telephone:  206.838.7555
    Fax:      206.838.7515
    Email:  cfeig@nicollblack.com
            tbraun@nicollblack.com
    Attorneys for Defendant Landmark American
Insurance Company



## II. ORDER

THIS MATTER, having come before the Court on the above Stipulation for and Order of Dismissal of Claims as Between Plaintiff The Wattles Company and Defendant Landmark American Insurance Company, and the Court being otherwise fully advised in the premises, it is hereby ORDERED, ADJUDGED, and DECREED that all claims asserted herein by and between plaintiff The Wattles Company and defendant Landmark American Insurance Company are hereby DISMISSED with prejudice and without admission of liability, each party to bear its own costs, including attorney fees.

This Order of Dismissal is effective **only** with respect to claims by and between plaintiff The Wattles Company and defendant Landmark American Insurance Company, and all other claims asserted by The Wattles Company against any other defendant herein are in no way affected or compromised by this Order.

DATED this _____ day of November, 2014.


_____
JUDGE RONALD B. LEIGHTON

Presented by:

By: s/Devon M. Thurtle Anderson
    Devon M. Thurtle Anderson    WSBA #36795
    Heffernan Law Group PLLC
    1201 Market Street
    Kirkland, WA 98033
    Telephone: 425.284.1150
    Fax: 425.284.1147
    Email: devon@heffernanlawgroup.com
Attorneys for Plaintiff The Wattles Company
    //

    //

    //

    //

HEFFERNAN
LAW GROUP PLLC

1201 Market Street
Kirkland, Washington 98033-5440
Phone: 425.284.1150 • Fax: 425.284.1147

By: s/Curt H. Feig
_____
By: s/Thomas J. Braun
_____
    Curt H. Feig            WSBA #19890
    Thomas J. Braun       WSBA #34209
    ***Nicoll Black & Feig PLLC***
    1325 Fourth Avenue, Suite 1650
    Seattle WA 98101
    Telephone:  206.838.7555
    Fax:       206.838.7515
    Email:  cfeig@nicollblack.com
               tbraun@nicollblack.com
    Attorneys for Defendant Landmark American Insurance Company



**DECLARATION OF SERVICE**

I, Jaimie M.L. O'Tey, declare under penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the 12th day of November, 2014, I caused to be served a true and correct copy of the forgoing document, on all counsel of record in this matter by transmitting the same to the Court's electronic filing system, which will transmit a copy to each counsel of record. Each counsel of record is registered with the electronic filing system in this case and has agreed to accept electronic service.

DATED this 12th day of November, 2014.

s/Jaimie M.L. O'Tey
Jaimie M.L. O'Tey, Litigation Paralegal



1201 Market Street
Kirkland, Washington 98033-5440
Phone: 425.284.1150 • Fax: 425.284.1147