UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE WATTLES COMPANY, a Washington corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SCOTTSDALE INSURANCE COMPANY, *et. al.*<br><br>　　　　　　　　　Defendants | NO. 3:14cv-05097-RBL<br><br>DEFENDANT NORTHFIELD'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>**Note On Motion Calendar: December 12, 2014** |

Northfield Insurance Company moves for partial summary judgment dismissing Wattles' claims for breach of contract and declaratory relief on the following grounds:

　　1.　　The policy only covers "loss or damage commencing during the policy period." There is no evidence that any of the presently claimed damage began when Northfield insured the premises.

　　2.　　The policy only covers damage to the building itself and does not cover damage to the land and water around it.

　　3.　　Even if the building damage commenced between November 1995 and November 1996, it is excluded:

　　　　a.　　By the absolute pollution exclusion,

　　　　b.　　By the exclusion for vapor and gas from industrial operations,

　　　　c.　　By the exclusion for corrosion,

　　　　d.　　By the exclusion for wear and tear, and

DEFENDANT NORTHFIELD'S MOTION FOR PARTIAL SUMMARY JUDGMENT- 1

*James T Derrig*
*Attorney At Law PLLC*
14419 Greenwood Ave North, Suite A-372
Seattle, WA  98133
(206) 414-7228

      e.      By the exclusion for deterioration.

Northfield also joins in defendant Admiral's motion for partial summary judgment to the extent that motion is based on a contractual suit limitation. (Dkt. 89, p. 20) Northfield has an identical suit limit in its policy.

This motion is based upon the Complaint (Dkt. 3), Northfield's Answer (Dkt. 40), the Declaration of James T. Derrig, the Second Declaration of James T. Derrig, Defendants' Joint Statement of Common Facts, and the accompanying Memorandum Of Points And Authorities.

DATED this 20th day of November, 2014.

JAMES T. DERRIG
ATTORNEY AT LAW PLLC

*James T Derrig*

_____
James T. Derrig, WSBA 13471
Attorney for defendant Northfield

DEFENDANT NORTHFIELD'S MOTION FOR PARTIAL SUMMARY JUDGMENT- 2