| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| THE WATTLES COMPANY, a Washington corporation, | NO. 3:14-cv-05097-RBL |
|---|---|
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (AS TO DEFENDANT SCOTTSDALE INSURANCE COMPANY) |
| v. | |
| SCOTTSDALE INSURANCE COMPANY, ET AL., | |
| Defendants. | |

## I. STIPULATION

COME NOW, Plaintiff and Defendant Scottsdale Insurance Company, by and through their respective attorneys of record, and hereby stipulate that all claims and potential claims that were brought, or that could have been brought, by Plaintiff in this action against Defendant Scottsdale Insurance Company should be dismissed with prejudice and without an award of attorney's fees or costs to any party.

//

//

//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (AS TO DEFENDANT SCOTTSDALE INSURANCE COMPANY) - 1
NO. 3:14-Civil-05097-RBL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

DATED this 3/o/ day of December, 2014.

| OGDEN MURPHY WALLACE, P.L.L.C. | HEFFERNAN LAW GROUP, P.L.L.C. |
|---|---|
| By *(signature)* | By *(signature)* |
| Geoff Bridgman, WSBA #25242 | Brent J. Hardy, WSBA #45405 |
| Tracy Grant, WSBA #40877 | Devon Anderson, WSBA #36795 |
| Attorneys for Defendant Scottsdale Insurance Company | Attorneys for Plaintiff |

## II. ORDER

THIS MATTER having come before the above-referenced Court upon the stipulation of Plaintiff and Defendant Scottsdale Insurance Company that all claims and potential claims that were brought, or that could have been brought, by Plaintiff in this action against Defendant Scottsdale Insurance Company should be dismissed with prejudice and without an award of attorney's fees or costs to any party, and the Court being otherwise fully advised on the premises, Now, Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and potential claims that were brought, or that could have been brought, by Plaintiff in this action against Defendant Scottsdale Insurance Company are hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

DATED this _____ day of _____, 2014.

_____
The Honorable Ronald B. Leighton

//
//
//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (AS TO DEFENDANT SCOTTSDALE INSURANCE COMPANY) - 2
NO. 3:14-Civil-05097-RBL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

PRESENTED BY:

OGDEN MURPHY WALLACE, P.L.L.C.

By _____
    Geoff Bridgman, WSBA #25242
    Tracy Grant, WSBA #40877
    Attorneys for Defendant Scottsdale
    Insurance Company


APPROVED FOR ENTRY:
NOTICE OF PRESENTATION WAIVED:

HEFFERNAN LAW GROUP, P.L.L.C.

By _____
    Brent J. Hardy, WSBA #45405
    Devon Anderson, WSBA #36795
    Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (AS TO DEFENDANT SCOTTSDALE INSURANCE COMPANY) - 3
NO. 3:14-Civil-05097-RBL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

# DECLARATION OF SERVICE

I, Marcelle Whipple, hereby declare as follows:

1. I am over the age of eighteen years and not a party to the within action. My business address is 901 Fifth Avenue, Suite 3500, Seattle, Washington 98164.

2. On December 31, 2014, I served by the method and with the exceptions set forth below upon counsel of record at the addresses and in the manner described below, true and correct copies of the foregoing document:

| Attorney for Plaintiff<br><br>Brent J. Hardy<br>Devon Thurtle Anderson<br>Heffernan Law Group PLLC<br>1201 Market St.<br>Kirkland, WA 98033<br>425.284.1150<br>brent@heffernanlawgroup.com<br>devon@heffernanlawgroup.com<br>jaimie@heffernanlawlawgroup.com | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] Facsimile<br>[X] CM/ECF |
|---|---|
| Attorney for Defendant Transamerica Insurance Company<br><br>David Schoeggel<br>Stephanie Denton<br>Jennifer Sheffield<br>Lane Powell, PC<br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA 98101<br>206.223.7000<br>dentons@lanepowell.com<br>schoeggld@lanpowell.com<br>nichols@lanepowell.com<br>vanburenh@lanepowell.com<br>sheffieldj@lanepowell.com | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] Facsimile<br>[X] CM/ECF |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (AS TO DEFENDANT SCOTTSDALE INSURANCE COMPANY) - 4
NO. 3:14-Civil-05097-RBL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

| Attorney for Defendant Northfield Insurance Company<br><br>James Derrig<br>14419 Greenwood Avenue N.<br>Suite A-372<br>Seattle, WA 98133-6867<br>206.414.7228<br>eservice.derriglaw@me.com | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] Facsimile<br>[ X ] CM/ECF |
|---|---|
| Attorney for Defendant Westchester Fire Ins. Company; Westchester Surplus Lines Insurance Company; Century Indemnity Insurance Company; and Industrial Insurance of Hawaii<br><br>Alfred E. Donohue<br>Maria E. Sotirhos<br>Scott Stickney<br>Robert C. Levin<br>Wilson Smith Cochran & Dickerson<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164-2050<br>206.623.4100<br>sotirhos@wscd.com<br>donohue@wscd.com<br>stickney@wscd.com<br>levin@wscd.com<br>obrien@wscd.com<br>strelyuk@wscd.com<br>ossenkop@wscd.com<br>phares@wscd.com | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] Facsimile<br>[ X ] CM/ECF |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (AS TO DEFENDANT SCOTTSDALE INSURANCE COMPANY) - 5
NO. 3:14-Civil-05097-RBL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

| | |
|---|---|
| **Attorney for Defendant AGCS Marine Insurance Company and Firemans Fund Insurance Company**<br><br>Joseph Hampton<br>Daniel L. Syhre<br>Betts Patterson & Mines<br>701 Pike St., Suite 1400<br>Seattle, WA 98101-3927<br>206.292.9988<br>dsyhre@bpmlaw.com<br>jhampton@bpmlaw.com<br>dmarsh@bpmlaw.com<br>kfortune@bpmlaw.com<br>aklein@bpmlaw.com | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] Facsimile<br>[X] CM/ECF |
| **Attorneys for Admiral Insurance Company**<br><br>John Bennett<br>Bullivant Houser Bailey<br>888 S.W. Fifth Avenue, Suite 300<br>Portland, OR 97204<br>503.499.4418<br><br>Daniel Rahn Bentson<br>Bullivant Houser Bailey<br>1700 Seventh Avenue, Suite 1800<br>Seattle, WA 98101<br>206.292.8930<br>john.bennett@bullivant.com<br>danbentson@bullivant.com<br>trask.russell@bullivant.com | [ ] U.S. Mail<br>[ ] Messenger<br>[ ] Email<br>[ ] Facsimile<br>[X] CM/ECF |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this ~~18th~~ 31st day of December, 2014 at Seattle, Washington.

By: _Marcelle Whipple_, Declarant

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (AS TO DEFENDANT SCOTTSDALE INSURANCE COMPANY) - 6
NO. 3:14-Civil-05097-RBL

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215