1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11

THE WATTLES COMPANY, a Washington corporation,

NO. 3:14-cv-05097-RBL

12

Plaintiff,

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (AS TO DEFENDANT SCOTTSDALE INSURANCE COMPANY)

13

v.

14

SCOTTSDALE INSURANCE COMPANY, ET AL.,

15

Defendants.

16
17

## I.   STIPULATION

18

COME NOW, Plaintiff and Defendant Scottsdale Insurance Company, by and through their

19

respective attorneys of record, and hereby stipulate that all claims and potential claims that were

20

brought, or that could have been brought, by Plaintiff in this action against Defendant Scottsdale

21
22

Insurance Company should be dismissed with prejudice and without an award of attorney's fees or

23

costs to any party.

24

//

25

//

26

//

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

1    DATED this 31st day of December, 2014.

2

3    OGDEN MURPHY WALLACE, P.L.L.C.        HEFFERNAN LAW GROUP, P.L.L.C.

4

5    By */s/ Tracy Grant*                  By    */s/ Devon Anderson*
         Geoff Bridgman, WSBA #25242              Brent J. Hardy, WSBA #45405
6        Tracy Grant, WSBA #40877                 Devon Anderson, WSBA #36795
         Attorneys for Defendant Scottsdale       Attorneys for Plaintiff
7        Insurance Company

8                              II.    ORDER

9          THIS MATTER having come before the above-referenced Court upon the stipulation of

10   Plaintiff and Defendant Scottsdale Insurance Company that all claims and potential claims that

11   were brought, or that could have been brought, by Plaintiff in this action against Defendant

12   Scottsdale Insurance Company should be dismissed with prejudice and without an award of

13   attorney's fees or costs to any party, and the Court being otherwise fully advised on the premises,

14   Now, Therefore,

15

16         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and potential

17   claims that were brought, or that could have been brought, by Plaintiff in this action against

18   Defendant Scottsdale Insurance Company are hereby dismissed with prejudice and without an

19   award of attorney's fees or costs to any party.

20         DATED this 5th day of January, 2014.

21

22

23   _____
     RONALD B. LEIGHTON
24   UNITED STATES DISTRICT JUDGE

25

26   //

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (AS          OGDEN MURPHY WALLACE, P.L.L.C.
TO DEFENDANT SCOTTSDALE INSURANCE COMPANY) - 2                        901 Fifth Avenue, Suite 3500
NO. 3:14-Civil-05097-RBL                                            Seattle, Washington 98164-2008
                                                              Tel: 206.447.7000/Fax: 206.447.0215

1  PRESENTED BY:

2  OGDEN MURPHY WALLACE, P.L.L.C.

3

4  By  */s/ Tracy Grant*
        Geoff Bridgman, WSBA #25242
5       Tracy Grant, WSBA #40877
        Attorneys for Defendant Scottsdale
6       Insurance Company

7

8  APPROVED FOR ENTRY:
   NOTICE OF PRESENTATION WAIVED:
9
   HEFFERNAN LAW GROUP, P.L.L.C.
10

11
   By  */s/ Devon Anderson*
12      Brent J. Hardy, WSBA #45405
        Devon Anderson, WSBA #36795
13      Attorneys for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (AS
TO DEFENDANT SCOTTSDALE INSURANCE COMPANY) - 3
NO. 3:14-Civil-05097-RBL