THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE WATTLES COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, et al.,<br><br>Defendants. | No.: 3:14-cv-05097-RBL<br><br>STIPULATED MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT ADMIRAL INSURANCE COMPANY<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**January 12, 2015** |

## STIPULATION

Plaintiff the Wattles Company ("Wattles") and Defendant Admiral Insurance Company ("Admiral") (together, the "Parties") stipulate that Wattles' contractual and extra-contractual claims against Admiral are fully compromised and should be dismissed with prejudice and without an award of costs or fees to any of the Parties.

IT IS SO ORDERED this ____, day of January, 2015.

_____
HONORABLE RONALD B. LEIGHTON

STIPULATED MOTION TO DISMISS PLAINTIFF'S CLAIMS
AGAINST DEFENDANT ADMIRAL INSURANCE COMPANY
No.: 3:14-cv-05097-RBL

Page 1

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Submitted by:

BULLIVANT HOUSER BAILEY PC

By  /s/Daniel R. Bentson
    John A. Bennett, WSBA #33214
    E-Mail: john.bennett@bullivant.com
    Daniel R. Bentson, WSBA #36825
    E-Mail: dan.bentson@bullivant.com
    1700 Seventh Ave., Ste. 1810
    Seattle, WA 98101
    206.292.8930

    Attorneys for Defendant Admiral Insurance Company

HEFFERNAN LAW GROUP, PLLC

By  /s/Devon M. Thurtle Anderson
    Devon M. Thurtle Anderson, WSBA #36795
    E-Mail: devon@heffernanlawgroup.com
    1201 Market Street
    Kirkland, WA 98033
    425.284.1150

    Attorneys for Plaintiff the Wattles Company

15341838.1

STIPULATED MOTION TO DISMISS PLAINTIFF'S CLAIMS
AGAINST DEFENDANT ADMIRAL INSURANCE COMPANY
No.: 3:14-cv-05097-RBL

Page 2

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930