THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE WATTLES COMPANY, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTTSDALE INSURANCE COMPANY, an Arizona corporation; *et al.*,<br><br>　　　　Defendants. | USDC CASE NO. 3:14-cv-05097-RBL<br><br>STIPULATION FOR AND ORDER OF DISMISSAL OF CLAIMS AS BETWEEN PLAINTIFF THE WATTLES COMPANY AND WESTCHESTER DEFENDANTS<br><br>*This Stipulation for and Order of Dismissal does not affect The Wattles Company's claims against any defendant other than Westchester Defendants.* |

## I.　STIPULATION

COME NOW plaintiff The Wattles Company; and defendants Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company f/k/a Industrial Insurance Company of Hawaii (together "Westchester Defendants"); by and through their undersigned attorneys of record, and hereby stipulate that all claims by and between them as asserted herein shall be dismissed with prejudice and without admission of liability, all parties to bear their own costs, including attorney fees.

This Stipulation for and Order of Dismissal is only effective as between plaintiff THE WATTLES COMPANY and WESTCHESTER DEFENDANTS.

//

STIPULATION FOR AND ORDER OF
DISMISSAL AS TO WESTCHESTER
DEFENDANTS – Page 1

*USDC CASE NO. 3:14-CV-05097-RBL*



1201 Market Street
Kirkland, Washington 98033-5440
Phone: 425.284.1150 • Fax: 425.284.1147

DATED this 27th day of January, 2015.

By: s/Devon M. Thurtle Anderson
   Devon M. Thurtle Anderson   WSBA #36795
   Brent J. Hardy   WSBA #45405
   *Heffernan Law Group PLLC*
   1201 Market Street
   Kirkland, WA 98033
   Telephone:  425.284.1150
   Fax:            425.284.1147
   Email: devon@heffernanlawgroup.com
              brent@heffernanlawgroup.com
Attorneys for Plaintiff The Wattles Company


By: s/Robert C. Levin
   Scott M. Stickney   WSBA #14540
   Robert C. Levin   WSBA #18092
   *Wilson Smith Cochran & Dickerson*
   901 Fifth Avenue, Suite 1700
   Seattle WA 98164-2050
   Telephone:  206.623.4100
   Fax:            206.623.9273
   Email:  stickney@wscd.com
               levin@wscd.com
Attorneys for Defendants Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company

STIPULATION FOR AND ORDER OF DISMISSAL AS TO WESTCHESTER DEFENDANTS – Page 2

*USDC CASE NO. 3:14-CV-05097-RBL*



1201 Market Street
Kirkland, Washington 98033-5440
Phone: 425.284.1150 • Fax: 425.284.1147

## II.  ORDER

THIS MATTER, having come before the Court on the above Stipulation for and Order of Dismissal of Claims as Between Plaintiff The Wattles Company and Westchester Defendants, and the Court being otherwise fully advised in the premises, it is hereby ORDERED, ADJUDGED, and DECREED that all claims asserted herein by and between plaintiff The Wattles Company; and defendants Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company f/k/a Industrial Insurance Company of Hawaii (together "Westchester Defendants"); are hereby DISMISSED with prejudice and without admission of liability, each party to bear its own costs, including attorney fees.

This Order of Dismissal is effective **only** with respect to claims by and between plaintiff The Wattles Company and Westchester Defendants, and all other claims asserted by The Wattles Company against any other defendant herein are in no way affected or compromised by this Order.

DATED this 28th day of January, 2015.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

By: s/Devon M. Thurtle Anderson
    Devon M. Thurtle Anderson    WSBA #36795
    Brent J. Hardy    WSBA #45405
    *Heffernan Law Group PLLC*
    1201 Market Street
    Kirkland, WA 98033
    Telephone: 425.284.1150
    Fax: 425.284.1147
    Email: devon@heffernanlawgroup.com
          brent@heffernanlawgroup.com
Attorneys for Plaintiff The Wattles Company



1  
2  By: s/Robert C. Levin  
    Scott M. Stickney          WSBA #14540  
    Robert C. Levin           WSBA #18092  
3      ***Wilson Smith Cochran & Dickerson***  
    901 Fifth Avenue, Suite 1700  
4      Seattle WA 98164-2050  
    Telephone:  206.623.4100  
5      Fax:        206.623.9273  
    Email:  stickney@wscd.com  
6               levin@wscd.com  
Attorneys for Defendants Westchester Fire Insurance  
7  Company and Westchester Surplus Lines Insurance Company  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  

STIPULATION FOR AND ORDER OF DISMISSAL AS TO WESTCHESTER DEFENDANTS – Page 4

*USDC CASE NO. 3:14-CV-05097-RBL*



1201 Market Street  
Kirkland, Washington 98033-5440  
Phone: 425.284.1150 • Fax: 425.284.1147