UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE WATTLES COMPANY, a Washington corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>SCOTTSDALE INSURANCE COMPANY, an Arizona corporation; *et al.*,<br><br>     Defendants. | USDC CASE NO. 3:14-cv-05097-RBL<br><br>STIPULATION FOR AND ORDER OF DISMISSAL OF CLAIMS AS BETWEEN PLAINTIFF THE WATTLES COMPANY AND DEFENDANT TRANSAMERICA INSURANCE COMPANY n/k/a TIG INSURANCE COMPANY<br><br>*This Stipulation for and Order of Dismissal does not affect The Wattles Company's claims against any defendant other than Transamerica Insurance Company n/k/a TIG Insurance Company.* |

## I. STIPULATION

COME NOW plaintiff The Wattles Company and defendant Transamerica Insurance Company n/k/a TIG Insurance Company, by and through their undersigned attorneys of record, and hereby stipulate that all claims by and between them as asserted herein shall be dismissed with prejudice and without admission of liability, all parties to bear their own costs, including attorney fees.



This Stipulation for and Order of Dismissal is only effective as between plaintiff THE WATTLES COMPANY and defendant TRANSAMERICA INSURANCE COMPANY n/k/a TIG INSURANCE COMPANY.

DATED this 13th day of February, 2015.

By: s/Devon M. Thurtle Anderson
    Devon M. Thurtle Anderson    WSBA #36795

By: s/Brent J. Hardy
    Brent J. Hardy    WSBA #45405
    *Heffernan Law Group PLLC*
    1201 Market Street
    Kirkland, WA 98033
    Telephone:  425.284.1150
    Fax:    425.284.1147
    Email: devon@heffernanlawgroup.com
        brent@heffernanlawgroup.com
Attorneys for Plaintiff The Wattles Company

By: s/David M. Schoeggl (per email authority)
    David M. Schoeggl    WSBA #13638

By: s/Stephania C. Denton (per email authority)
    Stephania C. Denton    WSBA #21920
    *Lane Powell PC*
    1420 Fifth Avenue Suite 4200
    Seattle WA 98111-9402
    Telephone: 206.223.7000
    Fax:    206.223.7107
    Email:  schoeggld@lanepowell.com
        dentons@lanepowell.com
Attorneys for Defendant TIG Insurance Company



## II. ORDER

THIS MATTER, having come before the Court on the above Stipulation for and Order of Dismissal of Claims as Between Plaintiff The Wattles Company and Defendant Transamerica Insurance Company n/k/a TIG Insurance Company, and the Court being otherwise fully advised in the premises, it is hereby ORDERED, ADJUDGED, and DECREED that all claims asserted herein by and between plaintiff The Wattles Company and defendant Transamerica Insurance Company n/k/a TIG Insurance Company are hereby DISMISSED with prejudice and without admission of liability, each party to bear its own costs, including attorney fees.

This Order of Dismissal is effective **_only_** with respect to claims by and between plaintiff The Wattles Company and defendant Transamerica Insurance Company n/k/a TIG Insurance Company, and all other claims asserted by The Wattles Company against any other defendant herein are in no way affected or compromised by this Order.

DATED this 17th day of February, 2015.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**Presented by:**

By: s/Devon M. Thurtle Anderson
    Devon M. Thurtle Anderson    WSBA #36795

By: s/Brent J. Hardy
    Brent J. Hardy    WSBA #45405
    *Heffernan Law Group PLLC*
    1201 Market Street
    Kirkland, WA 98033
    Telephone:  425.284.1150
    Fax:      425.284.1147
    Email: devon@heffernanlawgroup.com
         brent@heffernanlawgroup.com
Attorneys for Plaintiff The Wattles Company



1201 Market Street
Kirkland, Washington 98033-5440
Phone: 425.284.1150 • Fax: 425.284.1147

1

2

By: s/David M. Schoeggl  (per email authority)
    David M. Schoeggl        WSBA #13638

3

4

By: s/Stephania C. Denton  (per email authority)
    Stephania C. Denton        WSBA #21920

5

**Lane Powell PC**

6

1420 Fifth Avenue Suite 4200
Seattle WA 98111-9402

7

Telephone:  206.223.7000
Fax:       206.223.7107

8

Email:  schoeggld@lanepowell.com
        dentons@lanepowell.com

Attorneys for Defendant TIG Insurance Company

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23



1201 Market Street
Kirkland, Washington 98033-5440
Phone: 425.284.1150 • Fax: 425.284.1147